|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   | UNITED STATES DISTRICT COURT |
| 8   | WESTERN DISTRICT OF WASHINGTON AT SEATTLE |
| 9   |     |

|     |     |     |
| --- | --- | --- |
| 10  | TRACEY LIU, et al., | CASE NO. C23-1217JLR |
| 11  | Plaintiffs, | ORDER |
| 12  | v.  |     |
| 13  | HOME DEPOT USA, INC., |     |
| 14  | Defendant. |     |

15  Before the court is Plaintiffs Tracey Liu and Kristie Rudham's unopposed motion

16  for preliminary approval of their proposed class action settlement with Defendant Home

17  Depot USA, Inc.  (Mot. (Dkt. # 19); *see* Settlement Agreement (Dkt. # 19-1).)  The court

18  DENIES Plaintiffs' motion without prejudice.

19  Having reviewed Plaintiffs' motion and its accompanying materials, the court is

20  generally satisfied that the parties' proposed settlement meets the requirements for

21  preliminary approval set forth in Federal Rule of Civil Procedure 23(e)(1)(B).  *See* Fed.

22  R. Civ. P. 23(e)(1)(B) (requiring the parties to show "that the court will likely be able to:

ORDER - 1

(i) approve the proposal under Rule 23(e)(2); and (ii) certify the class for purposes of judgment on the proposal" before the court directs notice of the proposed settlement); Fed. R. Civ. P. 23(e)(2) (providing that the court may approve a proposed settlement "only on finding that it is fair, reasonable, and adequate" after considering four factors). Before the court can preliminarily approve the proposed settlement, however, the parties must adjust certain deadlines specified in the Settlement Agreement.

Federal Rule of Civil Procedure 23(h) provides that class members must have notice of class counsel's motion for an award of attorneys' fees and costs and an opportunity to review and object to the same. Fed. R. Civ. P 23(h); *see In re Mercury Interactive Corp. Sec. Litig.*, 618 F.3d 988, 995 (9th Cir. 2010) ("[A] schedule that requires objections to be filed before the fee motion itself is filed denies the class the full and fair opportunity to examine and oppose the motion that Rule 23(h) contemplates."). Here, the Settlement Agreement provides that (1) Plaintiffs will file their motion for an award of fees, costs, and expenses no later than 14 days after issuance of notice, (2) class members must submit objections or exclusions no later than 30 days after issuance of notice, (3) class members must submit claims no later than 60 days after issuance of notice, and (4) Plaintiffs must file their motion for final approval of the settlement no later than 75 days after the court issues its preliminary approval order. (*See* Settlement Agreement §§ I.K, X, Y (definitions); *id.* § III.E.1 (procedure for moving for an attorneys' fees award).) In the court's view, these deadlines do not afford class members adequate time to fully consider the Settlement Agreement and class counsel's attorneys' fees motion before deciding whether to object or seek exclusion. This problem is

exacerbated when notice sent to the original email or mailing address provided by Home Depot is returned as undeliverable and must be reissued.  (*See* Kamenir Decl. (Dkt. # 23) ¶¶ 15-21 (describing how the Settlement Administrator will identify valid addresses for undeliverable notices and reissue those notices).)

To address these concerns, the parties are DIRECTED to revise the deadlines specified in the Settlement Agreement and proposed forms of notice to allow at least as much time for class members to consider the Settlement Agreement and attorneys' fees motion as set forth in the following table:

| Event | Deadline |
| --- | --- |
| Notice Deadline | Preliminary Approval + 30 days |
| Fees Motion Deadline (filed and posted on settlement website) | At least 45 days before Objection/Exclusion Deadline |
| Objection/Exclusion Deadline | Notice Deadline + 60 days |
| Claims Deadline | Notice Deadline + 90 days |
| Final Approval Motion Deadline | Claims Deadline + 15 days |
| Deadline to Respond to Objections | Claims Deadline + 15 days |
| Final Approval Hearing | No earlier than Final Approval Motion Deadline + 30 days |

//

//

//

//

//

ORDER - 3

1  Plaintiffs may file a renewed motion for preliminary approval of the parties'
2  proposed class action settlement after the parties have revised their materials to satisfy
3  the concerns identified above.
4  Dated this 4th day of April, 2024.

*[signature]*

JAMES L. ROBART
United States District Judge