UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACEY LIU, et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>HOME DEPOT USA, INC.,<br><br>                  Defendant. | CASE NO. C23-1217JLR<br><br>ORDER |

Before the court is Plaintiffs Tracey Liu and Kristie Rudham's (together, "Plaintiffs") unopposed motion for final approval of their proposed class action settlement with Defendant Home Depot USA, Inc. ("Defendant"). (Mot. (Dkt. # 35).) To support their motion, Plaintiffs filed their settlement administrator's declaration, which sets forth the details of the completed notice plan and claim process. (*See generally* Marra Decl. (Dkt. # 35-2).) In that declaration, the settlement administrator states that 5,648 out of 16,218 submitted claim forms "were determined to have been fraudulently submitted by one or more unknown third parties." (*Id.* ¶ 22(b).) The

ORDER - 1

settlement administrator further states that it determined, in an initial review of claim forms submitted before July 24, 2024, that over 4,000 forms "demonstrated hallmarks of suspicious activity, and were deemed invalid" and that it has since "implemented additional protective measures on the Settlement website." (*Id.* ¶ 22(b) n.1.)

So that it may be fully informed when it considers the motion for final approval, the court ORDERS Plaintiffs to file, by no later than **September 13, 2024**, a description of (1) the "hallmarks of suspicious activity" that led the settlement administrator to determine that over one-third of all submitted claim forms were fraudulent, and (2) the protective measures that the settlement administrator implemented on the settlement website.

Dated this 3rd day of September, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2